IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| ALLISON COUGILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13cv1433 (JCC/TRJ) |
| | ) | |
| PROSPECT MORTGAGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
IN OPEN COURT
FEB -5 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**VERDICT FORM**

1.  Has Prospect shown by clear and convincing evidence that Ms. Cougill was properly classified as an outside sales person under the Fair Labor Standards Act?

    Answer Yes or No  **Yes**

    If you answered "Yes" to this question, do not answer any other questions and proceed to sign the Verdict form. If you answered "No," proceed to answer questions (2) and (3).

2.  If you find that Ms. Cougill was not properly classified under the outside sales exemption, do you find that Prospect's conduct in classifying her as such was undertaken with actual knowledge or with reckless disregard as to whether its conduct violated the Fair Labor Standards Act?

    Answer Yes or No  _____

3.  How many hours did Plaintiff work during each of the following weeks she was employed by Prospect?

| Work Week | Hours Worked |
|---|---|
| November 16, 2008 - November 22, 2008 | |
| November 23, 2008 - November 29, 2008 | |

1

| Week | |
|---|---|
| November 30, 2008 - December 6, 2008 | |
| December 7, 2008 - December 13, 2008 | |
| December 14, 2008 - December 20, 2008 | |
| December 21, 2008 - December 27, 2008 | |
| December 28, 2008 - January 3, 2009 | |
| January 4, 2009 - January 10, 2009 | |
| January 11, 2009 - January 17, 2009 | |
| January 18, 2009 - January 24, 2009 | |
| January 25, 2009 - January 31, 2009 | |
| February 1, 2009 - February 7, 2009 | |
| February 8, 2009 - February 14, 2009 | |
| February 15, 2009 - February 21, 2009 | |
| February 22, 2009 - February 28, 2009 | |
| March 1, 2009 - March 7, 2009 | |
| March 8, 2009 - March 14, 2009 | |
| March 15, 2009 - March 21, 2009 | |
| March 22, 2009 - March 28, 2009 | |
| March 29, 2009 - April 4, 2009 | |
| April 5, 2009 - April 11, 2009 | |
| April 12, 2009 - April 18, 2009 | |
| April 19, 2009 - April 25, 2009 | |
| April 26, 2009 - May 2, 2009 | |
| May 3, 2009 - May 9, 2009 | |
| May 10, 2009 - May 16, 2009 | |
| May 17, 2009 - May 23, 2009 | |
| May 24, 2009 - May 30, 2009 | |
| May 31, 2009 - June 6, 2009 | |
| June 7, 2009 - June 13, 2009 | |
| June 14, 2009 - June 20, 2009 | |
| June 21, 2009 - June 27, 2009 | |
| June 28, 2009 - July 4, 2009 | |
| July 5, 2009 - July 11, 2009 | |
| July 12, 2009 - July 18, 2009 | |
| July 19, 2009 - July 25, 2009 | |
| July 26, 2009 - August 1, 2009 | |
| August 2, 2009 - August 8, 2009 | |
| August 9, 2009 - August 15, 2009 | |
| August 16, 2009 - August 22, 2009 | |
| August 23, 2009 - August 29, 2009 | |
| August 30, 2009 - September 5, 2009 | |

| | |
|---|---|
| September 6, 2009 - September 12, 2009 | |
| September 13, 2009 - September 19, 2009 | |
| September 20, 2009 - September 26, 2009 | |
| September 27, 2009 - October 3, 2009 | |
| October 4, 2009 - October 10, 2009 | |
| October 11, 2009 - October 17, 2009 | |
| October 18, 2009 - October 24, 2009 | |
| October 25, 2009 - October 31, 2009 | |
| November 1, 2009 - November 7, 2009 | |
| November 8, 2009 - November 14, 2009 | |
| November 15, 2009 - November 21, 2009 | |
| November 22, 2009 - November 28, 2009 | |
| November 29, 2009 - December 5, 2009 | |
| December 6, 2009 - December 12, 2009 | |
| December 13, 2009 - December 19, 2009 | |
| December 20, 2009 - December 26, 2009 | |
| December 27, 2009 - January 2, 2010 | |
| January 3, 2010 - January 9, 2010 | |
| January 10, 2010 - January 16, 2010 | |
| January 17, 2010 - January 23, 2010 | |
| January 24, 2010 - January 30, 2010 | |
| January 31, 2010 - February 6, 2010 | |
| February 7, 2010 - February 13, 2010 | |
| February 14, 2010 - February 20, 2010 | |
| February 21, 2010 - February 27, 2010 | |
| February 28, 2010 - March 6, 2010 | |
| March 7, 2010 - March 13, 2010 | |
| March 14, 2010 - March 20, 2010 | |
| March 21, 2010 - March 27, 2010 | |
| March 28, 2010 - April 3, 2010 | |
| April 4, 2010 - April 10, 2010 | |
| April 11, 2010 - April 17, 2010 | |
| April 18, 2010 - April 24, 2010 | |
| April 25, 2010 - May 1, 2010 | |
| May 2, 2010 - May 8, 2010 | |
| May 9, 2010 - May 15, 2010 | |
| May 16, 2010 - May 22, 2010 | |
| May 23, 2010 - May 29, 2010 | |
| May 30, 2010 - June 5, 2010 | |
| June 6, 2010 - June 12, 2010 | |

| Date Range | |
|---|---|
| June 13, 2010 - June 19, 2010 | |
| June 20, 2010 - June 26, 2010 | |
| June 27, 2010 - July 3, 2010 | |
| July 4, 2010 - July 10, 2010 | |
| July 11, 2010 - July 17, 2010 | |
| July 18, 2010 - July 24, 2010 | |
| July 25, 2010 - July 31, 2010 | |
| August 1, 2010 - August 7, 2010 | |
| August 8, 2010 - August 14, 2010 | |
| August 15, 2010 - August 21, 2010 | |
| August 22, 2010 - August 28, 2010 | |
| August 29, 2010 - September 4, 2010 | |
| September 5, 2010 - September 11, 2010 | |
| September 12, 2010 - September 18, 2010 | |
| September 19, 2010 - September 25, 2010 | |
| September 26, 2010 - October 2, 2010 | |
| October 3, 2010 - October 9, 2010 | |
| October 10, 2010 - October 16, 2010 | |
| October 17, 2010 - October 23, 2010 | |
| October 24, 2010 - October 30, 2010 | |
| October 31, 2010 - November 6, 2010 | |
| November 7, 2010 - November 13, 2010 | |
| November 14, 2010 - November 20, 2010 | |
| November 21, 2010 - November 27, 2010 | |
| November 28, 2010 - December 4, 2010 | |
| December 5, 2010 - December 11, 2010 | |
| December 12, 2010 - December 18, 2010 | |
| December 19, 2010 - December 25, 2010 | |
| December 26, 2010 - January 1, 2011 | |
| January 2, 2011 - January 8, 2011 | |
| January 9, 2011 - January 15, 2011 | |
| January 16, 2011 - January 22, 2011 | |
| January 23, 2011 - January 29, 2011 | |
| January 30, 2011 - February 5, 2011 | |
| February 6, 2011 - February 12, 2011 | |
| February 13, 2011 - February 19, 2011 | |
| February 20, 2011 - February 26, 2011 | |
| February 27, 2011 - March 5, 2011 | |
| March 6, 2011 - March 12, 2011 | |
| March 13, 2011 - March 19, 2011 | |

| | |
|---|---|
| March 20, 2011 - March 26, 2011 | |
| March 27, 2011 - April 2, 2011 | |
| April 3, 2011 - April 9, 2011 | |
| April 10, 2011 - April 16, 2011 | |
| April 17, 2011 - April 23, 2011 | |
| April 24, 2011 - April 30, 2011 | |
| May 1, 2011 - May 7, 2011 | |
| May 8, 2011 - May 14, 2011 | |
| May 15, 2011 - May 21, 2011 | |
| May 22, 2011 - May 28, 2011 | |
| May 29, 2011 - June 4, 2011 | |
| June 5, 2011 - June 11, 2011 | |
| June 12, 2011 - June 18, 2011 | |
| June 19, 2011 - June 25, 2011 | |
| June 26, 2011 - July 2, 2011 | |
| July 3, 2011 - July 9, 2011 | |
| July 10, 2011 - July 16, 2011 | |
| July 17, 2011 - July 23, 2011 | |
| July 24, 2011 - July 30, 2011 | |
| July 31, 2011 - August 6, 2011 | |
| August 7, 2011 - August 13, 2011 | |
| August 14, 2011 - August 20, 2011 | |
| August 21, 2011 - August 27, 2011 | |
| August 28, 2011 - September 3, 2011 | |
| September 4, 2011 - September 10, 2011 | |
| September 11, 2011 - September 17, 2011 | |
| September 18, 2011 - September 24, 2011 | |
| September 25, 2011 - October 1, 2011 | |
| October 2, 2011 - October 3, 2011 | |

Your deliberations are complete. Please have the foreperson sign and date this verdict form and notify the Court that you have reached a verdict.

Date: 2/5/2014
2/5/2014



REDACTED