# United States District Court
EASTERN DISTRICT OF VIRGINIA

ALLISON COUGILL,  JUDGMENT IN A CIVIL CASE

Plaintiff

V.  CASE NUMBER: 1:13cv1433

PROSPECT MORTGAGE, LLC.

Defendant

[X] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Defendant, Prospect Mortgage, LLC.

This Judgment is entered in accordance with the jury verdict, dated February 5, 2014.

February 5, 2014  FERNANDO GALINDO
Date  Clerk

/s/ Patricia Armentrout
(By) Deputy Clerk